UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20050
Summary Calendar
_____


UNA MAE DAVIS,

                                        Plaintiff-Appellant,

                        versus

FORT BEND INDEPENDENT SCHOOL DISTRICT,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Texas
(H-99-CV-185)
_____
July 11, 2000

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Una Mae Davis appeals from an adverse summary judgment
dismissing her employment discrimination claims.  On appeal, Davis
contends that the district court erred in dismissing her race
discrimination claim.  Specifically, Davis asserts that the summary
judgment evidence created a fact issue as to her qualification for
the position from which she was terminated.  We disagree.  Our de

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

novo review of the summary judgment evidence leads us to the inescapable conclusion that the district court correctly determined that Davis did not establish a prima facie case. To the extent that Davis complains of an inadequate time to conduct discovery, such claim has been waived and is not properly before us, inasmuch as Davis did not request additional time for discovery from the district court. The judgment of the district court is affirmed essentially for the reasons set out in the Memorandum and Order of the district court dated December 16, 1999.

AFFIRMED